# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF    ILLINOIS, EASTERN DIVISION

FILED
KC
2-26-08
5-26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

TIMOTHY B. CHESS

(Name and Address of Defendant)

CRIMINAL COMPLAINT
UNDER SEAL

CASE NUMBER: 08CR 0157

MAGISTRATE JUDGE COLE

I, Special Agent Timothy Bacha, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about April 19, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, defendant:

did, by force and violence, and by intimidation, attempt to take from the person and presence of a bank employee, United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Charter One Bank at 1357 W. 103rd Street, Chicago, Illinois, whose deposits were insured by the Federal Deposit Insurance Corporation, in violation of Title 18 United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED.

Continued on the attached sheet and made a part hereof:  X  Yes    ___ No

_____
SA Timothy Bacha
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 26, 2008                    at        Chicago, Illinois
Date                                                 City and State

Jeffrey Cole, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

I, Timothy E. Bacha, being duly sworn depose and state as follows:

### Introduction

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately nineteen months. I am assigned to the FBI's Chicago Field Office, Violent Crimes Task Force ("VCTF"), and have been so assigned for approximately fourteen months. My duties on the VCTF include the investigation of various violent crimes, including bank robberies in violation of 18 U.S.C. § 2113(a).

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have reviewed related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of establishing probable cause that on or about April 19, 2006, Timothy B. Chess did attempt, by force, violence or intimidation, to take from the person and presence of bank employees, United States Currency ("U.S.C.") belonging to and in the care, custody, control, management, and possession of the Charter One Bank located at 1357 West 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in violation of Title 18, United States Code, Section 2113(a). Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant, it does not contain all the facts of which I am aware related to this investigation.

**April 19, 2006, Attempted Robbery of the Charter One Bank**

3.  According to surveillance video, on April 19, 2006, at approximately 3:00 p.m., a black male between the ages 25-30, 5'5"-5'7" in height, with a medium build and very short hair (almost bald), wearing a white gauze eye patch over his left eye, a black hooded sweatshirt, a white tee shirt, and dark colored jeans entered the Charter One Bank branch office located at 1357 West 103rd Street, Chicago, Illinois (the "Bank").

4.  According to Teller A, upon entering the Bank, the male entered the customer line for the walk-up tellers and waited for the first available teller. Upon reaching the front of the line, the male was called up to Teller A's counter by Teller A. When the male arrived at Teller A's station, he stated, "What's up." Teller A responded by asking the male what happened to his eye. The male did not respond verbally but rather slid a Charter One Bank Slip ("demand note") to Teller A.

5.  The demand note stated, "ALL 100'S & 50$; DON'T MAKE ME HURT NO ONE." Upon reviewing the demand note, Teller A looked at the male, noticed that he had one hand in his pocket and believed he had a weapon. Teller A then began taking money from her teller drawer but, before she handed the money to the male, the male stated, "I'm just playing" and the male ran out of the bank, headed in a north-easterly direction, leaving the demand note with Teller A.

**Identification of Timothy B. Chess as the Bank Robber**

**Fingerprints on Demand Note**

6.  On the date of the attempted robbery, the FBI took custody of the demand note and sent it to its crime lab to be processed. On August 6, 2007, the FBI Laboratory Latent Print Operations Unit confirmed that five fingerprints from the demand note were identified as the

fingerprints of Timothy B. Chess, D.O.B. 08/01/78. The FBI also confirmed that the demand note contained three latent fingerprints identified as fingerprints of Teller A.

**Photographic Lineup**

7.　On December 31, 2007, Teller A was shown a photographic spread that contained the driver's license photographs of Chess and five other males. After viewing the photo spread, Teller A identified Chess as the person that had approached her teller station on April 19, 2006, handed her the demand note and stated, I'm just playing," before running out of the Bank, on April 19, 2006.

**FDIC Insured**

8.　The FBI has obtained Charter One Bank's FDIC number from the Bank's Assistant Branch Manager, which confirms that the deposits of Charter One Bank were insured by the FDIC on April 19, 2006.

9.     Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that Timothy B. Chess did attempt, by force, violence or intimidation, to take United States Currency belonging to and in the care, custody, control, management, and possession of the Charter One Bank branch office located at 1357 West 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

FURTHER AFFIANT SAYETH NOT.

Timothy E. Bacha, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before
me this 26th day of February, 2008

Jeffrey Cole
United States Magistrate Judge