UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2-26-08
FEB 26 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08CR 157 |
| | ) | |
| vs. | ) | No. 08 CR 157 |
| | ) | |
| TIMOTHY B. CHESS | ) | Magistrate Judge Cole |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States

Attorney for the Northern District of Illinois, respectfully request that the Court seal the criminal

Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant before the Arrest Warrant

can be executed could result in defendant's flight to avoid prosecution. Accordingly, the government

respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to

Seal, be sealed until the arrest of Chess, until April 28, 2008, until the government's motion to

unseal the materials, or until further order of the Court, whichever comes first.

Dated: February 26, 2008

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:

FARIS J. HUSSEIN
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-4156