# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 157 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Timothy B. Chess | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Timothy B. Cross on 2/26/08. Government's motion to seal complaint, affidavit, and arrest warrant until 4/28/08 is granted. Enter Order to seal case through and including April 28, 2008, until the government's motion to unseal the materials, or until further order of the Court, which ever comes first.

■ [ For further detail see separate order(s).]     No Notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|