## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 CR 157 - 1 | DATE | 3/13/2008 |
| CASE TITLE | USA vs. Timothy B. Chess | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/13/2008. Defendant informed of his rights. Enter order appointing Daniel J. Hesler from the Federal Defender Program as counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. On the government's own motion, this case is hereby ordered unsealed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | IS |
|---|---|---|