# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** U.S. vs. Chess

**FOR:** [FILED 3-13-08 MAR 13 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT]

**LOCATION NUMBER:** 

**PERSON REPRESENTED** (Show your full name): Timothy Chess

**DOCKET NUMBERS**
- Magistrate: 
- District Court: 08 CR 157-1
- Court of Appeals: 

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☒ Felony / ☐ Misdemeanor / Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE:** Bank Robbery

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☒ Am Self Employed — occasional construction work, rehab, etc.
- Name and address of employer: 
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: ~'06 ?
- How much did you earn per month? $ 100/week ?
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 2000 ? — tried to work freelance sales job in '07

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes ☐ No  IF YES, state total amount $ 950 ?

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- -ship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: money to dad for rent/expenses — Monthly Payt. $ 200 (when possible)

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Timothy B Chess