UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 157 |
| | ) | |
| TIMOTHY B. CHESS | ) | Magistrate Judge Cole |

**ORDER**

It is hereby ORDERED that the Complaint, Affidavit, Arrest Warrant, the government's Motion to Seal, all dated February 26, 2008 are hereby SEALED as the Court finds that the disclosure of the information contained in these documents could result in defendant's flight to avoid prosecution. It is further ORDERED that these documents are SEALED until and including the date on which Timothy Chess is arrested, until April 28, 2008, until the government's motion to unseal the materials, or until further order of the Court, whichever comes first.

ENTER:

_____
JEFFREY COLE
United States Magistrate Judge

Dated: February 26, 2008

2