AO 442 (Rev.5/93 WP) Warrant for Arrest                    AUSA Faris J. Hussein 312.353.4156

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY B. CHESS

**WARRANT FOR ARREST**

CASE NUMBER:

**08CR 0157**

To:   The United States Marshal
      and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest Timothy B. Chess, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a

☐ Indictment   ☐ Information   ☒ Complaint

charging him with (brief description of offense):

ATTEMPTED BANK ROBBERY

in violation of Title 18, United States Code, Sections 2113(a).

FILED
3-28-08
MAR 2 8 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Jeffrey Cole
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____   by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

February 26, 2008; Chicago, Illinois
Date and Location

Jeffrey Cole
Name of Judicial Officer