*PH*

**FILED**
JN
APR X 8 2008
APR 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 157 |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| TIMOTHY B. CHESS | ) | Section 2113(a) |

**JUDGE SHADUR**

**MAGISTRATE JUDGE COLE**

The UNITED STATES ATTORNEY charges:

On or about April 19, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

TIMOTHY B. CHESS,

defendant herein, did, by intimidation, attempt to take from the person and presence of a bank employee money belonging to and in the care, custody, control, management, and possession of the Charter One Bank located at 1357 West 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

Patrick J. Fitzgerald by VJP
UNITED STATES ATTORNEY