# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 157 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Timothy Cross | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives Indictment. Plea of not guilty entered. LR 16.1 to be completed by April 29, 2008. Defense motions are due May 6, 2008. Government's response is due May 13, 2008. A status hearing is set for May 21, 2008 at 1:00 p.m. This Court finds that the time beginning today through May 21, 2008 is excludable under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | SN |
|---|---|---|