

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

TIMOTHY B. CHESS

**WAIVER OF INDICTMENT**

08 cr 157

**CASE NUMBER:** 08 CR 157

I, __TIMOTHY B. CHESS__, the above named defendant, who is accused of

attempted bank robbery on or about April 19, 2006, in Chicago, in the Northern District of Illinois, in violation of 18 USC 2113(a).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-22-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Timothy B Chess_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer