**FILED**

MAY 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 157 |
| | ) | |
| TIMOTHY B. CHESS | ) | Hon. Milton I. Shadur |
| | ) | **MAGISTRATE JUDGE COLE** |
| | ) | **Superseding Information** |

The UNITED STATES ATTORNEY charges:

On or about April 19, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

TIMOTHY B. CHESS,

defendant herein, entered Charter One Bank, located at 1357 West 103rd Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony, namely, the taking and carrying away, with intent to steal and purloin, money of a value exceeding $1,000 belonging to and in the care, custody, control, management, and possession of Charter One Bank,

In violation of Title 18, United States Code, Section 2113(a).

_____
UNITED STATES ATTORNEY