FELONY

**JUDGE SHADUR**    **08CR 157**

**MAGISTRATE JUDGE COLE**

**FILED**
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Chess - 08 CR 157, COLE

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   U.S. v. Chess - 08 CR 157 - Honorable Milton Shadur

3) Is this a re-filing of a previously dismissed indictment or information?   NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO X   YES ☐

6) What level of offense is this indictment or information?    FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO X   YES ☐

8) Does this indictment or information include a conspiracy count?    NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances ..... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ........... (II) | ☐ Other Fraud ............. (III) | ☐ Immigration Laws .............(IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws .............. (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act .............. (IV) |
   | ☐ Burglary ............. (IV) | ☐ Counterfeiting ............. (III) | ☐ Selective Service Act ............ (IV) |
   | X Larceny and Theft ....... (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ............. (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    Title 18 USC §2113(a)

    _____
    Lisa M. Noller
    Assistant United States Attorney

(Revised 12/99)