**FILED**

**MAY 2 9 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE SHADUR**

**MAGISTRATE JUDGE COLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No.   08 GJ 152 |
| TIMOTHY B. CHESS | ) | **08CR   157** |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the information returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Lisa Noller

LISA M. NOLLER
Assistant U.S. Attorney
312-353-5314