# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 157 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Timothy Chess | | |

**DOCKET ENTRY TEXT**

Arraignment held on superseding information. Defendant waives Indictment. Defendant enters a plea of not guilty to all charges. A change of plea hearing is set for June 19, 2008 at 1:15 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|