AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.     **WAIVER OF INDICTMENT**

TIMOTHY B. CHESS

**CASE NUMBER:** 08 CR 157

I, ___TIMOTHY B. CHESS___, the above named defendant, who is accused of

violation of Title 18, United States Code, Section 2113(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___May 29, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Hon. Milton I. Shadur

5/29/08