# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 157 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Timothy Chess | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant enters a plea of guilty to the superseding information. Acceptance of guilty plea is deferred. Order PSI. Sentencing is set for August 21, 2008 at 1:15 p.m. This Court finds that the time from today to August 21, 2008 is excludable under 18:3161(h)(1)(I) of the Speedy Trial Act. (X7)

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SN |
|---|---|---|